# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY TYLER,<br><br>            Plaintiff,<br><br>    v.<br><br>COGGINS, et al.,<br><br>            Defendants.<br>_____/ | CASE NO.   1:10-cv-98-AWI-MJS (PC)<br><br>ORDER DENYING MOTION TO SHOW CAUSE WHY TO PROCEED IN FORMA PAUPERIS [IN FORMA PAUPERIS STATUS PREVIOUSLY GRANTED]<br><br>(ECF No. 19) |

Plaintiff Terry Tyler ("Plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this Bivens action. On May 17, 2010, Plaintiff filed a "Motion to Show Cause Why to Proceed in Forma Pauperis" asking the Court to allow him to proceed in forma pauperis. (ECF No. 19.) The Court notes that Plaintiff was granted in forma pauperis status on February 4, 2010. (ECF No. 10.)

Accordingly, Plaintiff's Motion to Show Cause Why to Proceed in Forma Pauperis [ECF No. 19] is DENIED as moot.

IT IS SO ORDERED.

Dated:  July 13, 2010              /s/ *Michael J. Seng*
                                                UNITED STATES MAGISTRATE JUDGE