# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY TYLER, | CASE NO.   1:10-cv-98-AWI-MJS (PC) |
| Plaintiff, | ORDER DENYING "MOTION TO SECURE ORDER B.O.P. TO SECURE CONSENT AND DECLINE ORDER" |
| v. | |
| COGGINS, et al., | (ECF No. 7) |
| Defendants. | |

Plaintiff Terry Tyler ("Plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this Bivens action.  On February 4, 2010, Plaintiff filed a "Motion to Order B.O.P. to secure Consent or Decline Order is mail to the Court."  (ECF No. 7.)  Plaintiff appears to be asking the Court to order the the Bureau of Prisons to place his consent form in the mail to the Court.  The Court received Plaintiff's consent form on February 9, 2010.  (ECF No. 12.)  Accordingly, Plaintiff's Motion is moot.

For the reasons stated above, Plaintiff's "Motion to Order B.O.P. to secure Consent or Decline Order" [ECF No. 7] is DENIED.

IT IS SO ORDERED.

Dated:   July 13, 2010                         /s/ *Michael J. Seng*
                                               UNITED STATES MAGISTRATE JUDGE