1

2

3

4

5

6                      UNITED STATES DISTRICT COURT

7                         EASTERN DISTRICT OF CALIFORNIA

8
   TERRY TYLER,                           CASE NO.    1:10-cv-98-AWI-MJS (PC)
9
                        Plaintiff,        ORDER DENYING MOTION FOR RELIEF
10
        v.                                (ECF No. 25)
11
   COGGINS, et al.,
12
                        Defendants.
13
   _____/
14

15        Plaintiff Terry Tyler ("Plaintiff") is a state prisoner proceeding pro se and in forma

16  pauperis in this Bivens action.  Before the Court is Plaintiff's Motion for Relief filed July 29,

17  2010.  While it is not entirely clear, Plaintiff seems to be complaining about his placement

18  in a Special Housing Unit (SHU) for the remainder of his prison term.  Plaintiff mentions a

19  telephonic hearing before a "Colorado Court" and complains that he was not properly heard

20  and/or understood during this hearing.

21        The above-captioned action is currently in line to be screened by the Court pursuant

22  to 28 U.S.C. § 1915A.  The Court has not yet ordered service of any Defendants and has

23  not held any hearings or spoken with Plaintiff.  Accordingly, the Court is unable to discern

24  what relief Plaintiff seeks in **this action** from **this Court**.  If Plaintiff feels that his rights

25  were violated by another court, he should seek relief there.

26        If the Court has misread or misunderstood the instant Motion, Plaintiff is free to refile

27  it and clarify the relief he seeks from this Court. However, for the reasons stated above,

28  ///

1    Plaintiff's Motion for Relief (ECF No. 25) is DENIED.

2

3    IT IS SO ORDERED.

4    Dated:   August 3, 2010                    /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28