# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY TYLER,<br><br>            Plaintiff,<br><br>    v.<br><br>COGGINS, et al.,<br><br>            Defendants.<br>_____/ | CASE NO.   1:10-CV-00098-AWI-MJS (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DISMISSING ACTION WITH PREJUDICE FOR FAILURE TO STATE A CLAIM AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT COUNTING DISMISSAL AS A STRIKE UNDER 28 U.S.C. § 1915(g)<br><br>(ECF NO. 32) |

Plaintiff Terry Tyler, a federal prisoner proceeding pro se and in forma pauperis, filed this civil action on January 19, 2010, pursuant to <u>Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971), which provides a remedy for the violation of civil rights by federal actors. (Compl., ECF No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. 636(b)(1)(B) and Local Rule 302 of the United States District Court for the Eastern District of California.

/////

On March 29, 2012, Findings and Recommendations for Dismissal (Findings and Recommendations, ECF No. 32) were filed in which the Magistrate Judge screened Plaintiff's Second Amended Complaint and recommended dismissal of the action for failure to state a claim. 28 U.S.C. §§ 1915-1915A. Plaintiff was notified that his Objection, if any, was due within thirty (30) days. Plaintiff filed Objections to Findings and Recommendations on April 6, 2012. (Objections, ECF No. 33.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Court adopts the Findings and Recommendations filed March 29, 2012, in full,

2. This action is dismissed, with prejudice, for failure to state a claim,

3. The Clerk of the Court shall enter judgment against Plaintiff, and

4. This dismissal counts as a strike under 28 U.S.C. § 1915(g).

IT IS SO ORDERED.

Dated:   June 21, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE